**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**SHEKETHA ANN NELLOMS,**

     **Petitioner,**

**v.**                                 **Case No. 4:25-cv-345-AW-MAL**

**WARDEN FCI TALLAHASSEE,**

     **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner has not complied with a court order and has not objected to the magistrate judge's report and recommendation (ECF No. 13), which recommends dismissal on that basis. It appears Petitioner has abandoned this case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on April 6, 2026.

                           s/ *Allen Winsor*_____
                           Chief United States District Judge